

Peter T. Shapiro<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Peter.Shapiro@lewisbrisbois.com<br>
Direct: 212.232.1322

October 14, 2020

**VIA ECF**
Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *Cruz v. Soha Designs Inc.*
              Case No. 1:20-cv-04578-OTW

Dear Judge Wang:

    I am counsel for Defendant. I write with the consent of Plaintiff's counsel to advise that the parties have settled this matter in principle. We are working on the settlement papers now and hope to be in a position to submit a proposed Consent Decree to the Court for approval within the next 30 days. The Consent Decree would address the ADA access issues raised by the Complaint. We request that the Court not issue a conditional order of dismissal pending submission of the Consent Decree. Thank you for your attention to this matter.

                                                               Respectfully,

                                                               *Peter T. Shapiro*

                                                               Peter T. Shapiro of
                                                               LEWIS BRISBOIS BISGAARD & SMITH LLP

    cc:    Counsel for Plaintiff (via ECF)